UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AM HELICOPTER SERVICE, LLC**, a New York limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>**KENTON KIASER**, an individual, and **NICHOLAS G. DiPESO**, an individual, and DOES 1- 10,<br><br>        Defendants. | CASE NO. 2:20-cv-01556-KJM-DB<br><br>**ORDER RE EXPERT DISCOVERY CUTOFF** |

Based on the Joint Stipulation re Discovery Cutoff, and good cause appearing, the Court ORDERS that the Minutes and Scheduling Order (Dkt. Nos. 26 & 27) are amended so that all expert discovery shall be completed by **November 1, 2021**.

DATED:  January 4, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE