Sheila Mojtehedi, SBN 313002
  Sheila@mojtehedi.com
PO Box 15711
Newport Beach, CA 92659-5711
Telephone:  (323) 412-0472
Fax:         (323) 403-4170

Attorneys for Plaintiff / Counter-Defendant
*AM Helicopter Service, LLC* and Third-Party Defendant
*Andy Matischak*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AM HELICOPTER SERVICE, LLC**, a New York limited liability company, | CASE NO. 2:20-cv-01556-KJM-DB Hon. Kimberly J. Mueller Courtroom 3 |
| Plaintiff / Counter - Defendant, | **JOINT STIPULATION TO CONTINUE PRE-TRIAL SCHEDULING DATES** |
| vs. | |
| **KENTON KIASER**, an individual, and **NICHOLAS G. DiPESO**, an individual, and DOES 1- 10, | **ORDER** |
| Defendants / Counter-Claimants. | Complaint Filed: August 3, 2020 Trial Date: N/A |

1.     The operative complaint in the above-entitled action was filed on August 3, 2020. The plaintiff is AM Helicopter Service, LLC, and defendants are individuals, Kenton Kiaser and Nicholas G. DiPeso. This stipulation is signed on behalf of all parties to the action that are affected by the stipulation.

2.     This action concerns a crashed helicopter. A dispute arose between Plaintiff and Defendants as to whether Plaintiff is entitled to remove the helicopter, which is currently stored in Mr. Kiaser's hangar. Plaintiff filed a motion regarding that issue on July 9, 2021 (Dkt. No. 37), and Defendants opposed (Dkt. 38). The briefing for that motion is complete and the hearing date was August 6, 2021. The parties are currently awaiting the Court's final order.

3.     Given the amount in controversy in this action, the parties are jointly working together to keep costs feasible for all parties. Irrespective of how the Court rules on Plaintiff's motion, the parties are currently coordinating a date for Plaintiff to inspect the helicopter at Mr. Kiaser's hangar.

4.     The parties jointly agree and request for the Court to continue for the deadline for expert-related discovery and related dates so that Plaintiff may submit photographs of the helicopter for testing and conduct any other testing necessary. Given these facts, the parties submit good cause exists to continue the following deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures | 9/15/2021 | 1/26/2022 |
| Rebuttal Expert Witness Exchange | 10/08/2021 | 02/24/2022 |
| Expert Discovery Completion | 11/01/2021 | 04/06/2022 |
| Dispositive Motion Hearing Date | 10/29/2021 | 01/28/2022 |

| Final Pretrial Conference and Trial Dates | Not yet set | N/A |
|---|---|---|

5.    Since filing this action, the parties have propounded and provided responses to written discovery. All party depositions are complete. Trial is not yet scheduled. This is the first request for a continuance of any Court scheduled deadline.

**SO STIPULATED.**

DATED:  September 20, 2021      By:    */s/ Sheila Mojtehedi*_____
                                               Sheila Mojtehedi
                                               Attorneys for Plaintiff /
                                               Cross-Defendant
                                               *AM Helicopter Service, LLC* and
                                               Third-Party Defendant *Andy Matischak*

DATED:  September 20, 2021      By:    */s/ James R. Donahue*_____
                                               James R. Donahue
                                               Stephen J. Mackey
                                               Attorneys for Defendants /
                                               Counterclaimants *Kenton Kiaser and Nicholas G. DiPeso*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

Good cause appearing, the court adopts the parties' stipulation and grants the motion to amend the pretrial scheduling order, ECF Nos. 26, 27, 30.   The following deadlines are in effect:

| Event | Deadline |
|---|---|
| Expert Disclosures | 1/26/2022 |
| Rebuttal Expert Witness Exchange | 02/24/2022 |
| Expert Discovery Completion | 04/06/2022 |
| Dispositive Motion Hearing Date | 01/21/2022 |

IT IS SO ORDERED.  This order resolves ECF No. 42.

DATED:    September 20, 2021.

CHIEF UNITED STATES DISTRICT JUDGE