Sheila Mojtehedi, SBN 313002
  Sheila@mojtehedi.com
806 E. Avenida Pico, Ste I-291
San Clemente, CA 92672
Telephone: (323) 412-0472
Fax:          (323) 403-4170

Attorneys for Plaintiff / Counter-Defendants
*AM Helicopter Service, LLC* and *Andy Matischak*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AM HELICOPTER SERVICE, LLC**, a New York limited liability company,<br><br>Plaintiff / Counter-Defendant,<br><br>vs.<br><br>**KENTON KIASER**, an individual, and **NICHOLAS G. DiPESO**, an individual, and DOES 1- 10,<br><br>Defendants / Counter-Claimants. | CASE NO. 2:20-cv-01556-KJM-DB<br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL SCHEDULING DATES; ORDER**<br><br>Complaint Filed: August 3, 2020<br>Trial Date: N/A |

STIPULATION TO CONTINUE PRE-TRIAL SCHEDULING DATES

1. The operative complaint in the above-entitled action was filed on August 3, 2020. The plaintiff is AM Helicopter Service, LLC, and defendants are individuals, Kenton Kiaser and Nicholas G. DiPeso, and third-party defendant is Andy Matischak. This stipulation is signed on behalf of all parties to the action that are affected by the stipulation.

2. Due to unforeseen circumstances, the parties jointly agree and request for the Court to grant a short continuance for the deadline for expert-related discovery. This is the second request for a continuance of such dates.

3. On September 21, 2021, the Court signed an order jointly submitted to continue expert-related discovery and related deadlines. Since that time, the parties cooperated in scheduling a date for the inspection of the helicopter, and one of Plaintiff's experts inspected the helicopter and took photographs thereof in October 2021 so the wreckage can be appraised.

4. Defendants' counsel, Stephen J. Mackey, recently sustained a debilitating mid-spine injury that has thus far not responded to conservative treatment and has been unable to work for an extended time. Plaintiff's counsel was trial counsel in a federal maritime murder case before the Honorable David O. Carter in the matter of *United States v. Hoang Xuan Le*, 8:20-cr-00002-DOC (C.D. Cal.) that began in early November and concluded in December. Additionally, Plaintiff's expert caught the COVD-19 virus, which slowed the progress of preparing expert discovery.

5. Given the amount in controversy in this action, the parties continue to cooperatively work together to keep costs feasible for all parties. The parties hereby request an additional three-week continuance of the deadlines considering the circumstances identified above.

6. The parties jointly agree and request for the Court to continue the deadline for expert-related discovery. Given these facts, the parties submit good cause exists to continue the following deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures | 1/26/2022 | 2/16/2022 |
| Rebuttal Expert Witness Exchange | 2/24/2022 | 3/17/22 |
| Expert Discovery Completion | 4/6/2022 | 4/27/22 |
| Final Pretrial Conference and Trial Dates | Not yet set | N/A |

7. Since filing this action, the parties have propounded and provided responses to written discovery. All party depositions are complete. Trial is not yet scheduled. This is the second request for a continuance of any Court scheduled deadline.

**SO STIPULATED.**

DATED: January 27, 2022      By:   /s/ Sheila Mojtehedi
　　　　　　　　　　　　　　　　　　Sheila Mojtehedi
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff /
　　　　　　　　　　　　　　　　　　Cross-Defendant
　　　　　　　　　　　　　　　　　　*AM Helicopter Service, LLC*

DATED: January 27, 2022      By:   /s/ Stephen Mackey
　　　　　　　　　　　　　　　　　　James R. Donahue
　　　　　　　　　　　　　　　　　　Stephen J. Mackey
　　　　　　　　　　　　　　　　　　Attorneys for Defendants /
　　　　　　　　　　　　　　　　　　Counterclaimants *Kenton Kiaser and Nicholas G. DiPeso*

# ORDER

Based on the joint stipulation to continue pretrial scheduling dates, and good cause appearing, the court ORDERS that the Scheduling Order, ECF No. 43, is amended so that the following deadlines are in effect:

| Event | Deadline |
|---|---|
| Expert Disclosures | 2/16/2022 |
| Rebuttal Expert Witness Exchange | 3/17/2022 |
| Expert Discovery Completion | 4/27/2022 |

IT IS SO ORDERED.

This order resolves ECF No. 45.

DATED: January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE