Sheila Mojtehedi, SBN 313002
Sheila@mojtehedi.com
806 E Avenida Pico, Ste I MB 291
San Clemente, CA 92673
Telephone:  (323) 412-0472
Fax:            (323) 403-4170

Attorneys for Plaintiff / Counterdefendant
*AM Helicopter Service, LLC* and third-party defendant
*Andy Matischak*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AM HELICOPTER SERVICE, LLC**, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**KENTON KIASER**, an individual, and **NICHOLAS G. DiPESO**, an individual, and DOES 1- 10,<br><br>Defendants. | CASE NO. 2:20-cv-01556-KJM-DB<br><br>**JOINT STIPULATION AND ORDER RE TRIAL DATE** |

JOINT STIPULATION RE TRIAL DATE AND ORDER

This stipulation is entered into by and between Plaintiff and Counter-Defendant AM Helicopter Service, LLC ("Plainitff"), third-party defendant Andy Matischak, and Defendants and Counterclaimants Kenton Kiaser and Nicholas G. DiPeso (collectively "Defendants"), by and through their counsel of record. The parties hereby stipulate as follows:

1.  The parties jointly request the Court set a trial date. The trial estimate, excluding voir dire, is 7-8 days.

2.  The parties jointly request the Court set a trial date on January 24, 2023, a Final Pretrial Conference on November 18, 2022, and the Joint Pretrial Conference Statement due on September 9, 2022.

**THE PARTIES THEREFORE STIPULATE AND REQUEST:**

6.  For the Court to schedule trial on January 24, 2023, with a Final Pretrial Conference on November 18, 2022 and with the Joint Pretrial Conference Statement due on September 9, 2022.

DATED: April 27, 2022     By:     /s/ Sheila Mojtehedi
                                   Sheila Mojtehedi
                                   Attorneys for Plaintiff
                                   *AM Helicopter Service, LLC* and
                                   Third-Party Defendant
                                   *Andy Matischak*

DATED: April 27, 2022     By:     /s/ Stephen Mackey
                                   Stephen Mackey
                                   Attorneys for Defendants
                                   *Kenton Kiaser and Nicholas G. DiPeso*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 27, 2022        By:    /s/ Sheila Mojtehedi
                                                           Sheila Mojtehedi
                                                           Attorneys for Plaintiff
                                                           *AM Helicopter Service, LLC* and
                                                           Third-Party Defendant
                                                           *Andy Matischak*

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

The final pretrial conference is scheduled for November 18, 2022, at 10:00 a.m. before the undersigned, with the filing of a joint pretrial statement due on September 9, 2022. The court will discuss a trial date with the parties at the final pretrial conference.

DATED: April 27, 2022.

                                           CHIEF UNITED STATES DISTRICT JUDGE